# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of                 :    No. 2593 Disciplinary Docket No. 3

                                    :

CRAIG COHEN                :    File No. C1-19-190

                                      :

                                      :    Attorney Registration No. 55887

                                      :

                                      :    (Montgomery)

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2019, upon consideration of the Joint Petition for Immediate Temporary Suspension filed with this Court, the Joint Petition is granted, and Craig Cohen is placed on immediate temporary suspension until further definitive action by this Court. *See* Pa.R.D.E. 208(f)(1). It is further provided that:

    1.      Respondent shall comply with all the provisions of Pa.R.D.E. 217;

    2.      The President Judge of the Court of Common Pleas of Philadelphia County shall enter such orders as may be necessary to protect the rights of Respondent's clients or fiduciary entities with which he is involved, *see* Pa.R.D.E. 217(g); and

    3.      All financial institutions in which Respondent holds fiduciary funds shall freeze such accounts pending further action.

    Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).

    This Order constitutes an imposition of public discipline pertaining to confidentiality. *See* Pa.R.D.E. 402.